**EXHIBIT A**

Approved, SCAO

| Original - Court | 2nd copy - Plaintiff |
|---|---|
| 1st copy - Defendant | 3rd copy - Return |

| STATE OF MICHIGAN | | CASE NO. |
|---|---|---|
| 30th JUDICIAL DISTRICT / JUDICIAL CIRCUIT | **SUMMONS** | File No. 25-4037-NO |
| Ingham COUNTY | | Honorable RICHARD J. GARCIA |

**Court address**

313 West Kalamazoo Street, P.O. Box 40771, Lansing, MI 48901-7971

Court telephone no.
(517) 483-6500

**Plaintiff's name, address, and telephone no.**

Danika Van Niel

v

**Defendant's name, address, and telephone no.**

Robert G. Skenderian
1653 Cambridge Street
Cambridge, MA 02138
(617) 710-0905

**Plaintiff's attorney, bar no., address, and telephone no.**

Michael E. Larkin (P40994)/Kevin Z. Komar (P61902)
Sinas, Dramis, Larkin, Graves & Waldman, P.C.
3380 Pine Tree Road
Lansing, MI 48911
(517) 394-7500

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing these cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court, where

it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer  pending.

Summons section completed by court clerk.    **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.

2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).

3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| JUL 2 9 2025 | OCT 2 8 2025 | SYDNEY SIDERS / JT |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01  (3/23)  SUMMONS

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

Summons  (3/23)

Case No. File No. 25-            -NO

### PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☐ I served    ☐ personally    ☐ by registered or certified mail, return receipt requested, and delivery restricted to the addressee (copy of return receipt attached)    a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee | Miles traveled | Fee | | Signature |
|---|---|---|---|---|
| $ | | $ | | |
| Incorrect address fee | Miles traveled | Fee | TOTAL FEE | Name (type or print) |
| $ | | $ | $ | |

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____ .
Attachments (if any)                           Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF INGHAM

DANIKA VAN NIEL,

    Plaintiff,               File No. 25- 4037  -NI

v

ROBERT G. SKENDERIAN,         RICHARD J. GARCIA

    Defendant.

---

Michael E. Larkin  (P40994)
Kevin Z. Komar  (P61902)
**Sinas, Dramis, Larkin,**
**Graves & Waldman, P.C.**
Attorneys for Plaintiffs
3380 Pine Tree Road
Lansing, MI 48911-4207
(517) 394-7500
mikeandstaff@sinasdramis.com

---



**SINAS**
**DRAMIS**
SINCE 1951

Lansing

Grand Rapids

Kalamazoo

St. Clair Shores

Ann Arbor

sinasdramis.com

## COMPLAINT

THERE IS NO OTHER PENDING OR RESOLVED CIVIL ACTION
ARISING OUT OF THE SAME TRANSACTION OR OCCURRENCE
AS ALLEGED IN THE COMPLAINT.

NOW COMES the plaintiff, Danika Van Niel, by and through her attorneys, **Sinas, Dramis, Larkin, Graves & Waldman, P.C.,** by way of her Complaint says unto this Honorable Court as follows:

1.    That the accident which forms the basis of this Complaint occurred in Ingham County, Michigan.

2.      That at the time of the accident referred to herein the plaintiff was a resident of Ingham County, Michigan.

3.      That on August 22, 2023, plaintiff was riding her bicycle in a fully marked crosswalk crossing Wilson Road from south to north on the campus of Michigan State University in East Lansing, Ingham County, Michigan.

4.      That at the same time as set forth above defendant Robert G. Skenderian was driving his automobile westbound on Wilson Road approaching the fully marked crosswalk.

5.      That at the same time and location as set forth above the defendant failed to yield the right-of-way to the bicyclist in the fully marked crosswalk and struck the plaintiff bicyclist causing her to sustain serious and permanent injuries.

6.      That the accident referred to above was proximately caused by the negligence of the defendant in several ways including, but not limited to the following.

A.   Defendant failed to drive his vehicle at a careful and prudent speed not greater than nor less than was reasonable and proper with due regard to the traffic, surface, and width of the roadway and all of the other relevant conditions then and there existing, and in a manner which would enable him to stop within the assured, clear distance ahead, in violation of MCL 257.627, applicable local ordinances and the common law.

B.   Defendant failed to drive his vehicle at the time of and immediately prior to the aforesaid collision in a careful and prudent manner, in violation of MCL 257.626b, applicable local ordinances and the common law.

C.   Defendant failed to yield the right-of-way to the plaintiff bicyclist in the fully marked crosswalk in violation of various provisions of the Michigan Motor Vehicle Code and Michigan State University Code of Ordinances including, but not limited to, MCL 257.606c(3) and the MSU Ordinance O Sec. 32.02.

D.   Defendant failed to maintain a proper lookout, failed to see what was there to be seen, failed to anticipate the presence of the bicyclist in the marked crosswalk,



SINAS
DRAMIS
SINCE 1951

Lansing

Grand Rapids

Kalamazoo

St. Clair Shores

Ann Arbor

sinasdramis.com

2

failed to operate his vehicle in a manner that would allow him to see the bicyclist in time to avid striking her, failed to keep proper observation, failed to maintain control of his vehicle, failed to brake in time to avoid a crash, and otherwise failed to comply with his common law duty to use reasonable and ordinary care under the circumstances then and there existing.

7.    That the conduct of the defendant as aforesaid proximately caused the plaintiff to suffer and sustain serious personal injuries which constitute serious impairment of body function and permanent serious disfigurement. These injuries include the following:

1.  Depressed and comminuted fracture of the lateral tibial plateau of the right knee with multiple bone fragments and extensive joint damage.

2.  Concussion with post-concussion syndrome.

3.  Emotional and psychological sequalae of the accident including aggravation of preexisting Post-Traumatic Stress Disorder.

4.  Chipped front upper tooth #8.

5.  Knee scarring from surgery.

8.    That the injuries required, among other things, that the plaintiff undergo knee surgery, that she undergo extensive brain injury treatment and rehabilitation, that she participate in extended physical therapy, and that she undergo additional medical treatment.

9.    That the injuries sustained by the plaintiff have caused the plaintiff to suffer and sustain the following damages: physical pain and suffering, physical disability, incapacity, loss of function, denial of everyday social pleasures and enjoyments, mental anguish, emotional distress, fright and shock, embarrassment and humiliation, scarring,



SINAS
DRAMIS
SINCE 1951

Lansing

Grand Rapids

Kalamazoo

St. Clair Shores

Ann Arbor

sinasdramis.com

and possible economic loss damages in excess of those compensable with no-fault benefits.

10.    That the plaintiff fears that the aforesaid injuries may be permanent in nature and that she may be required to sustain further pain and suffering in the future as well as any and all of the aforementioned consequences and damages.

11.    That the amount in controversy exceeds Twenty-Five Thousand Dollars, exclusive of interest and costs.

WHEREFORE, the plaintiff prays that damages may be awarded in her favor and against the defendant in such an amount as the trier of fact shall determine to be fair and just together with interest, costs and reasonable attorney fees.

Respectfully submitted:

SINAS, DRAMIS, LARKIN,
GRAVES & WALDMAN, P.C.

Attorneys for Plaintiff

By:    _Michael Larkin_

Michael E. Larkin    (P40994)
Kevin Z. Komar    (P61902)
3380 Pine Tree Road
Lansing, MI 48911
(517) 394-7500

**Dated:** July 29, 2025

SINAS
DRAMIS
SINCE 1951

Lansing

Grand Rapids

Kalamazoo

St. Clair Shores

Ann Arbor

sinasdramis.com

4

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF INGHAM

DANIKA VAN NIEL,

    Plaintiff,

v

File No. 25- 4037  -NI

ROBERT G. SKENDERIAN,

    Defendant.

RICHARD J. GARCIA

Michael E. Larkin    (P40994)
Kevin Z. Komar    (P61902)
Sinas, Dramis, Larkin,
Graves & Waldman, P.C.
Attorneys for Plaintiffs
3380 Pine Tree Road
Lansing, MI 48911-4207
(517) 394-7500
mikeandstaff@sinasdramis.com

## DEMAND FOR JURY

NOW COMES Plaintiff herein, by  her attorneys, **Sinas, Dramis, Larkin, Graves & Waldman, P.C.**, and hereby demands a trial by jury in the above-captioned matter.

Respectfully submitted:

**SINAS, DRAMIS, LARKIN,
GRAVES & WALDMAN, P.C.**

Attorneys for Plaintiff

By: _____

Michael E. Larkin    (P40994)
Kevin Z. Komar    (P61902)
3380 Pine Tree Road
Lansing, MI 48911
(517) 394-7500

**SINAS
DRAMIS**
SINCE 1951

Lansing

Grand Rapids

Kalamazoo

St. Clair Shores

Ann Arbor

sinasdramis.com

**Dated:** July 29, 2025